UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:13-CR-154-DBH |
| | ) | |
| TREZJUAN THOMPSON, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

The motion to dismiss for lack of federal jurisdiction is **DENIED**. The motion is premised in part on disagreement with what the Indictment alleges about the jail correctional officer. It says that at the relevant time he was assisting the United States Marshal; the defendant disagrees. That is a matter to be determined at trial, not on a motion to dismiss.

**SO ORDERED.**

DATED THIS 2ND DAY OF MARCH, 2015

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**